FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

NOV 21 2011

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: GOOGLE BUZZ PRIVACY LITIGATION, | No. 11-16587 |
| EVA HIBNICK, individually and on behalf of all other similarly situated; et al., | D.C. No. 5:10-cv-00672-JW Northern District of California, San Jose |
| Plaintiffs - Appellees, v. | |
| KERVIN WALSH, | ORDER |
| Objector - Appellant, v. | |
| GOOGLE INC., | |
| Defendant - Appellee. | |
| In re: GOOGLE BUZZ PRIVACY LITIGATION, | No. 11-16638 |
| EVA HIBNICK, individually and on behalf of all other similarly situated; et al., | |
| Plaintiffs - Appellees, | |
| MEGAN MAREK, | |
| Objector - Appellant, v. | |
| GOOGLE INC., | |
| Defendant - Appellee. | |

| | |
|---|---|
| In re: GOOGLE BUZZ PRIVACY LITIGATION, | No. 11-16639 |
| EVA HIBNICK, individually and on behalf of all other similarly situated; et al., | |
| Plaintiffs - Appellees, | |
| STEVEN COPE, | |
| Objector - Appellant, | |
| v. | |
| GOOGLE INC., | |
| Defendant - Appellee. | |
| In re: GOOGLE BUZZ PRIVACY LITIGATION, | No. 11-16640 |
| EVA HIBNICK, individually and on behalf of all other similarly situated; et al., | |
| Plaintiffs - Appellees, | |
| BRENT CLIFTON and WARREN SIBLEY, | |
| Objectors - Appellants, | |
| v. | |
| GOOGLE INC., | |
| Defendant - Appellee. | |

| | |
|---|---|
| In re: GOOGLE BUZZ PRIVACY LITIGATION, | No. 11-16642 |
| EVA HIBNICK, individually and on behalf of all other similarly situated; et al., Plaintiffs - Appellees, JON M. ZIMMERMAN; et al., Objectors - Appellants, v. GOOGLE INC., Defendant - Appellee. | |

Pursuant to the stipulation of the parties, these appeals are voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT

By: C. Lewis Ross
Circuit Mediator

CLR/Mediation